UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 402 |
| v. | ) | Hon. Martin C. Ashman |
| | ) | |
| LOUIS BURNS | ) | |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

By:   s/Christina Egan
        CHRISTINA EGAN
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-4095

## CERTIFICATE OF SERVICE

  The undersigned Assistant United States Attorney hereby certifies that the following documents:

**ATTORNEY DESIGNATION**

were served on June 3, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

        By:  s/Christina Egan
           CHRISTINA EGAN
           Assistant United States Attorney
           219 South Dearborn Street, Suite 500
           Chicago, Illinois 60604
           312-353-4095