## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | James F. Holderman |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 402 | **DATE** | 6/18/2008 |
| **CASE TITLE** | USA vs. Louis Burns | | |

**DOCKET ENTRY TEXT**

Government's agreed first motion for an extension of time to return indictment pursuant to 18 U.S.C. §3161(h) [13] is granted.  ENTER ORDER: It is ordered that the time within which to file an indictment against the defendant be extended to and including August 19, 2008.
X-T

■ [ For further detail see separate order(s).]　　　　Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|