UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 402 |
| v. | ) | Hon. Martin C. Ashman |
| | ) | |
| LOUIS BURNS | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

                                                                                  Respectfully submitted,

                                                                                 PATRICK J. FITZGERALD
                                                                                 United States Attorney

                                           By:    s/Christopher P. Hotaling
                                                                 CHRISTOPHER P. HOTALING
                                                                 Assistant United States Attorney
                                                                 219 South Dearborn Street
                                                                 Chicago, Illinois 60604
                                                                 (312) 353-5324

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following documents:

**ATTORNEY DESIGNATION**

were served on August 8, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

By:   s/Christopher P. Hotaling
      CHRISTOPHER P. HOTALING
      Assistant United States Attorney
      219 South Dearborn Street
      Chicago, Illinois 60604
      (312) 353-5324