UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
AUG 1 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | ) | No. 08 CR 402 |
| --- | --- | --- |
| v. | ) | JUDGE DOW |
| LOUIS BURNS | ) | MAGISTRATE JUDGE ASHMAN |
| | ) | Violations: Title 18, United States Code, Section 666(a)(1)(B) |

### COUNT ONE

The SPECIAL JUNE 2007 GRAND JURY charges:

1. At times material to this indictment:

   A. The City of Chicago ("the City") was a unit of local government known as a municipal corporation, and a political subdivision of the State of Illinois. The functions and services provided by the City on behalf of its residents were coordinated through various agencies and departments. One of the City's operational departments was the Department of Construction and Permits.

   B. The principal function of the Department of Construction and Permits was to review applications for permits to perform construction on buildings to ensure that the construction projects complied with Building Code and zoning regulations, and to issue building permits where appropriate.

   C. LOUIS BURNS held the position of Clerk II in the Department of Construction and Permits.

   D. Individual A was an expediter. Unbeknownst to BURNS, as of May 2007, Individual A was cooperating with the government.

   E. 1332 N. Milwaukee Avenue ("the Milwaukee property") was a mixed-use building located in Chicago undergoing a planned renovation. The renovation included new

electrical wiring, plumbing, and heating, ventilation, and air conditioning ("HVAC") systems for each unit and commercial space. The planned renovation required the issuance of a permit from DCAP in order to comply with City codes and regulations.

    2.    On or about July 11, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

LOUIS BURNS,

defendant herein, being an agent of the City, corruptly accepted and agreed to accept, a thing of value, namely a $250 cash payment from Individual A, intending to be influenced and rewarded in connection with a business and series of transactions of the City involving something of value of $5,000 or more, that is, the issuance of a building permit for the Milwaukee property, the City being a local government that received in excess of $10,000 in federal funding in a period from August 7, 2006, through August 7, 2007;

In violation of Title 18, United States Code, Section 666(a)(1)(B).

## COUNT TWO

The SPECIAL JUNE 2007 GRAND JURY further charges:

1. The allegations in Paragraph 1 of Count One of this indictment are hereby realleged and incorporated as if fully set forth herein.

2. On or about August 7, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

## LOUIS BURNS,

defendant herein, being an agent of the City, corruptly accepted and agreed to accept, a thing of value, namely a $150 cash payment from Individual A, intending to be influenced and rewarded in connection with a business and series of transactions of the City involving something of value of $5,000 or more, that is, the issuance of a building permit for the Milwaukee property, the City being a local government that received in excess of $10,000 in federal funding in a period from August 7, 2006, through August 7, 2007;

In violation of Title 18, United States Code, Section 666(a)(1)(B).


A TRUE BILL:


_____
FOREPERSON


_____
UNITED STATES ATTORNEY

3