Minute Order Form (06/97)

06 GJ 640

DS

# United States District Court, Northern District of Illinois

## MAGISTRATE JUDGE ASHMAN

| Name of Assigned Judge or Magistrate Judge | JUDGE DOW | Sitting Judge If Other than Assigned Judge | Michael T. Mason |
|---|---|---|---|
| CASE NUMBER | 08 CR 402 | DATE | August 14, 2008 |
| CASE TITLE | US v. LOUIS BURNS | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**MOTION:**

### GRAND JURY PROCEEDING

#### SPECIAL JUNE 2007

The Grand Jury for the _____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

**DOCKET ENTRY:**

BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE.



F I L E D

AUG 1 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____  (ONLY IF FILED
OR MAGISTRATE JUDGE                              UNDER SEAL)

| | | | | | |
|---|---|---|---|---|---|
| | No notices required, advised in open court. | | | Number of notices | DOCKET # |
| | No notices required. | | | Date docketed | |
| | Notices mailed by judge's staff. | | | Docketing dpty. initials | |
| | Notified counsel by telephone | | | | |
| | Docketing to mail notices | | | Date mailed notice | |
| | Mail AO 450 form. | | | | |
| | Copy to judge/magistrate judge. | | | Mailing dpty. initials | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | | |