## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert M. Dow, Jr. | **Sitting Judge if Other than Assigned Judge** | Martin C. Ashman |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 402 - 1 | **DATE** | 8/19/2008 |
| **CASE TITLE** | USA vs. Louis Burns | | |

**DOCKET ENTRY TEXT**

Arraignment held on 8/19/2008. Defendant enters plea of not guilty to all counts. 16.1(A) conference to be held by or on 8/26/2008. Pretrial motions to be filed by or on 9/8/2008. Response to be filed by or on 9/18/2008. Reply to be filed by or on 9/25/2008. Status hearing set for 9/16/2008 at 9:30 a.m. before Judge Dow. Enter excludable time from arraignment to and including status date pursuant to 18 USC § 3161 (h)(1)(F).  (X-E)

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:03

| | Courtroom Deputy Initials: | IS |
|---|---|---|