IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 08 CR 402 |
| vs. ) | |
| ) | Judge Dow |
| Louis Burns ) | Magistrate Judge Ashman |

TO:  Juliet Sorenson, AUSA          Carrie Hobart
     United States Attorney's Office  Pretrial Services
     219 S. Dearborn                219 South Dearborn, 15th Fl
                                    Chicago
     Chicago

NOTICE OF MOTION

PLEASE TAKE NOTICE that on August 28, 2008, at 10:00 a.m. I will appear before Magistrate Judge Ashmanin the court room usually occupied by him [Room 1386] in the United States Courthouse, 219 S. Dearborn, Chicago, Illinois or before such other judge who may be sitting in his place and then and there present <u>AGREED MOTION FOR TRAVEL OUTSIDE OF DISTRICT</u>

_____
/s/MICHAEL J. FALCONER

PROOF OF SERVICE

The undersigned attorney certifies that a copy of the foregoing pleading was served upon the person to whom it is above directed by the ECF system and by hand delivery.

_____
/s/MICHAEL J. FALCONER

MICHAEL J. FALCONER
35 East Wacker Drive
Suite 1750
Chicago, Illinois 60601
(312) 236-7177