## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert M. Dow, Jr. | **Sitting Judge if Other than Assigned Judge** | Martin C. Ashman |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 402 - 1 | **DATE** | 8/27/2008 |
| **CASE TITLE** | USA vs. Louis Burns | | |

**DOCKET ENTRY TEXT**

Defendant's agreed motion for travel outside of District [23] is granted. Defendant Louis Burns' conditions of his pretrial release are hereby modified to allow him to travel to Normal, Illinois, from 8/27/2008 to 9/2/2008.

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | IS |
|---|---|---|