Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 402 | DATE | 8/28/2008 |
| CASE TITLE | USA vs. LOUIS BURNS | | |

**DOCKET ENTRY TEXT**

ENTER AGREED ORDER: It is Hereby Ordered that the Rule 16.1 conference shall occur on 9/19/08. Pursuant to 18 U.S.C. Section 3161, time shall be excluded from Speedy Trial Act calculations between August 26, 2008 to and including September 19, 2008.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

U.S. DISTRICT COURT
CLERK
2008 AUG 28 PM 4:09
FILED-ED

| | | Courtroom Deputy Initials: | TBK |
|---|---|---|---|