MHN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 CR 402 |
| | ) | Judge Robert M. Dow |
| LOUIS BURNS, | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED ORDER

This matter coming to be heard by this Court on the request of the Government, by Assistant United States Attorney Juliet Sorensen, to extend the discovery schedule in the above-entitled matter; the defendant, by his attorney Michael Falconer, stating that it has no objection to the granting of such request; and the Court being full apprised in the premises:

**IT IS NOW HEREBY ORDERED** that the Rule 16.1 conference shall occur on September 19, 2008. Pursuant to 18 U.S.C. § 3161, time shall be excluded from Speedy Trial Act calculations between August 26, 2008 and said date.

Date: August 28, 2008

_____
Judge, United States District Court

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

## AGREED ORDER

was served pursuant to the district court's ECF system on August 27, 2008.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Juliet S. Sorensen
JULIET S. SORENSEN
Assistant United States Attorney